Bruce Godshaw, appellee, v. Ludwig Schindler, appellant. Gen. No. 31,510.

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 2, 1927.

Miller, Gorham, Wales & Noxon, for appellant; Edward R. Adams, of counsel. Arthur P. Feigen, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

P. L. Emerson and Mrs. P. L. Emerson, appellees, v. United Auto Wreckers, Inc., and William Randall, appellants. Gen. No. 31,542.

Trover for wrongful conversion of automobile. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927. Rehearing denied May 16, 1927.

Philip A. Weinstein, for appellants. Samuels, Costello & Greenberg, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Samuel B. Blanksten and Harry Freeman, trading as Blanksten & Freeman, appellants, v. Krawitz Drug & Truss Company, appellee. Gen. No. 31,560.

Action for legal services. Plaintiffs appeal from inadequate judgment. Appeal from the Municipal Court of Chicago; the Hon. Joel. C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Morris K. Levinson, for appellants. Raymond J. Roth, for appellee; Edward A. Zimmerman and Harold J. Clark, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Armour & Company, appellant, v. M. L. Barrett & Company, appellee. Gen. No. 31,177.

Action for breach of sales contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed with finding of facts and judgment entered here. Opinion filed May 2, 1927.

Charles J. Faulkner, Jr., Walter C. Kirk and A. B. Reid, for appellant. Musgrave, Oppenheim, Price & McKeever, for appellee.

Mr. Justice Johnston delivered the opinion of the court.